**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>SAMUEL PALOMINO<br><br><br>Debtor | Chapter 13<br><br>Case No. 18-12664-KHK |

**TRUSTEE'S RESPONSE AND REPORT TO**
**ORDER SETTING HEARING**

Thomas P. Gorman, Chapter 13 Trustee, responds to the Court's Order Setting Hearing (Docket No. 13) by reporting as follows:

1. Debtor has not filed Plan or Schedules in this case.
2. Debtor did not appear at the Section 341 Meeting of Creditors scheduled for September 4, 2018.
3. No tax returns or wage statements/pay advices have been received from Debtor.
4. No Plan payment of any kind has been received from or on behalf of Debtor.

Date: _September 10, 2018_____          ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true copy of the foregoing via first class mail, postage prepaid to the following, this 10th day of September, 2018.

Samuel Palomino
Chapter 13 Debtor
7140 Taylor Road
Falls Church, VA 22043

                                          __/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman